# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

| | |
|---|---|
| Funds not exceeding $1,178,883.37 contained in account number 1865593 held at Park National Bank, pursuant to 31 U.S.C. § 5317. | **SEIZURE WARRANT**<br><br>**FOR SEIZURE WARRANT**<br><br>CASE NUMBER: **07M413** |

TO:  Jennifer Stech, Special Agent, IRS-CID     and any Authorized Officer of the United States

Affidavit(s) having been made before me by  Jennifer Stech, Special Agent, IRS-CID,  who has reason to believe that in the

Northern District of Illinois, there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

Funds not exceeding $1,178,883.37 contained in account number 1865593 held at Park National Bank.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure (in the daytime — 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to

U.S. Magistrate Judge Jeffery Cole     as required by law.
U.S. Judge or Magistrate

November 28, 2007                    Chicago, Illinois
Date and time issued                 City and State

Jeffrey Cole, U.S. Magistrate Judge
Name and Title of Judicial Officer    Signature of Judicial Officer

**EXHIBIT A**