LAW OFFICES

# ROBERT ORMAN

ONE NORTH LASALLE STREET

SUITE 1775

CHICAGO, ILLINOIS 60602

TELEPHONE: (312) 372-0515
FACSIMILE: (312) 372-0520
E-MAIL: Roblaw@aol.com
www.OrmanLaw.com

ROBERT ORMAN
CHRISTIAN J. GABROY *

JOSEPH B. DENENBERG
(OF COUNSEL)

* Also admitted in Nevada

January 8, 2008

**BY CERTIFIED MAIL**
**RRR-7003-0500-0002-2502-4950**
**AND BY EMAIL:** Brenda.Viteri@ci.irs.gov
Internal Revenue Service
Special Agent in Charge
**Attn: Asset Forfeiture Coordinator, Brenda Viteri**
230 South Dearborn Street - Suite 1400
Chicago, Illinois 60604

Re:   Supreme Juice Company

Dear Coordinator Viteri:

Enclosed please find the following with respect to the seizure of $139,506.14 from the above company.

1. Supreme Juice Company's claim form; and
2. Supreme Juice Company's request for immediate release of seized property.

If you have any questions, do not hesitate to contact me.

Very truly yours,

Robert Orman

RO/nit
Enc.


EXHIBIT
B

## SEIZED ASSET CLAIM FORM

Name: Supreme Juice Co.
Address: 1307 South Pulaski, Chicago IL 60623
Telephone Number: 773-277-5800
Date of Seizure:  On or about 11/28/07
Seizure Location: Park National Bank,  11 W. Madison St., Oak Park, Illinois 60302.

PART I

List all the items in which you claim an interest.  Include sufficient information to identify the items, such as serial numbers, make and model numbers, tail numbers, photographs, and so forth.  Attach additional sheets of paper if more space is needed.

**Funds in claimant's bank account, number 1865593, held at Park National Bank (address above).  Totaling $139,506.14.**

PART II

State your interest in each item of property listed above.  Provide any documents that support your claim of interest, such as titles, registrations, bills of sale, receipts, and so forth.  Attach additional sheets of paper if more space is needed.

**Claimant is the owner of the above bank account and the funds therein (recent bank statement hereto attached).**

PART III (ATTESTATION AND OATH)

I attest and declare *under penalty of perjury* that my claim to this property is not frivolous and that the information provided in support of my claim is true and correct to the best of my knowledge and belief.

_____                    1|8|2008
Shabir Kassam as an officer and                   Date
Director of Supreme Juice Co.

# PARK NATIONAL

**Statement of Account**

Last statement: October 31, 2007
This statement: November 30, 2007
Total days in statement period: 30

0001865593          Page 1 of 8

Direct inquiries to:
24 Hour Access  866 Parknatl
OR WWW.PARKNATL.COM

SUPREME JUICE CO
1307 S PULASKI RD
CHICAGO IL 60623-1236

Park National Bank
11 West Madison
Oak Park, IL 60302

57

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Business Checking | 0001865593 | $-1,103.45 |

## Business Checking

| Account number | | |
|---|---|---|
| 0001865593 | Low balance | $-15,408.00 |

**57 Enclosures**

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 10-31 | Beginning balance | | | $115,621.48 |
| 11-01 | #Deposit | 11,124.65 | | 126,746.13 |
| | 00000350126614 | | | |
| 11-01 | Check  8716 | | -3,666.19 | 123,079.94 |
| | 00000310144119 | | | |
| 11-02 | #Deposit | 22,854.79 | | 145,934.73 |
| | 00000350142507 | | | |
| 11-02 | Check  8714 | | -36,942.96 | 108,991.77 |
| | 00000310235707 | | | |
| 11-05 | #Deposit | 17,998.88 | | 126,990.65 |
| | 00000330410627 | | | |
| 11-05 | SC   Check  8717 | | -730.97 | 126,259.68 |
| | 00000310412636 | | | |
| 11-05 | Check  8715 | | -590.51 | 125,669.17 |
| | 00000310409302 | | | |
| 11-05 | Check  8718 | | -443.67 | 125,225.50 |
| | 00000310411355 | | | |
| 11-06 | #Deposit | 13,383.30 | | 138,608.80 |
| | 00000330422681 | | | |
| 11-06 | #Return Deposit Item | | -562.50 | 138,046.30 |
| | 126001106160541 | | | |
| 11-06 | #Service Charge | | -7.00 | 138,039.30 |
| | RETURN DEPOSIT ITE | | | |
| | 126001106160541 | | | |

# PARK NATIONAL

Direct inquiries to:
24 Hour Access  866 Parknatl
OR WWW.PARKNATL.COM

SUPREME JUICE CO
1307 S PULASKI RD
CHICAGO IL 60623-1236

Park National Bank
11 West Madison
Oak Park, IL 60302

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 11-06 | #Return Deposit Item
126001106160541 | | -383.58 | 137,655.72 |
| 11-06 | #Service Charge
RETURN DEPOSIT ITE
126001106160541 | | -7.00 | 137,648.72 |
| 11-07 | #Deposit
00000340376382 | 14,525.47 | | 152,174.19 |
| 11-07 | Deposit Adj Debit
00000340376383 | | -638.59 | 151,535.60 |
| 11-07 | #Preauthorized Debit
CERTIFIED GROC STR STATEM 071107
21000025824932 | | -4,568.80 | 146,966.80 |
| 11-08 | #Return Deposit Item
03001108145243 | | -579.25 | 146,387.55 |
| 11-08 | #Service Charge
RETURN DEPOSIT ITE
03001108145243 | | -7.00 | 146,380.55 |
| 11-08 | #Return Deposit Item
03001108145335 | | -467.12 | 145,913.43 |
| 11-08 | #Service Charge
RETURN DEPOSIT ITE
03001108145335 | | -7.00 | 145,906.43 |
| 11-08 | Check  8719
00000310046891 | | -11,756.93 | 134,149.50 |
| 11-09 | #Deposit
00000340389847 | 18,452.27 | | 152,601.77 |
| 11-09 | #Return Deposit Item
130001109160504 | | -464.87 | 152,136.90 |
| 11-09 | #Service Charge
RETURN DEPOSIT ITE
130001109160504 | | -7.00 | 152,129.90 |
| 11-09 | #Return Deposit Item
130001109161001 | | -100.00 | 152,029.90 |
| 11-09 | #Service Charge
RETURN DEPOSIT ITE
130001109161001 | | -7.00 | 152,022.90 |
| 11-09 | Check  8720
00000310152742 | | -28,090.62 | 123,932.28 |
| 11-13 | #Deposit
00000340415692 | 14,762.19 | | 138,694.47 |
| 11-13 | #Deposit
00000340415671 | 12,121.42 | | 150,815.89 |
| 11-13 | Check
00000340415690 | | -547.64 | 150,268.25 |
| 11-13 | Check
00000340415685 | | -545.33 | 149,722.92 |
| 11-13 | Check
00000340415686 | | -545.33 | 149,177.59 |

# PARK NATIONAL
## BANK

Direct inquiries to:
24 Hour Access  866 Parknatl
OR WWW.PARKNATL.COM

SUPREME JUICE CO
1307 S PULASKI RD
CHICAGO IL 60623-1236

Park National Bank
11 West Madison
Oak Park, IL 60302

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 11-13 | Check 00000340415687 | | -545.33 | 148,632.26 |
| 11-13 | Check 00000340415684 | | -541.97 | 148,090.29 |
| 11-13 | Check 00000340415682 | | -490.06 | 147,600.23 |
| 11-13 | Check 00000340415688 | | -445.33 | 147,154.90 |
| 11-13 | Check 00000340415683 | | -395.33 | 146,759.57 |
| 11-13 | Check 00000340415680 | | -389.04 | 146,370.53 |
| 11-13 | Check 00000340415681 | | -345.33 | 146,025.20 |
| 11-13 | Check 00000340415695 | | -247.64 | 145,777.56 |
| 11-13 | Check 00000340415691 | | -207.64 | 145,569.92 |
| 11-13 | Check 00000340415689 | | -13.14 | 145,556.78 |
| 11-13 | Check 00000310251170 | | -639.30 | 144,917.48 |
| 11-13 | Check 00000310251220 | | -347.64 | 144,569.84 |
| 11-13 | Check 00000310251456 | | -185.14 | 144,384.70 |
| 11-13 | Check 00000310251466 | | -152.41 | 144,232.29 |
| 11-13 | Check 00000310251698 | | -89.03 | 144,143.26 |
| 11-14 | SC   Check  8721 00000310466518 | | -6,600.00 | 137,543.26 |
| 11-14 | Check  8725 00000310465380 | | -5,280.00 | 132,263.26 |
| 11-14 | Check 00000310449657 | | -545.33 | 131,717.93 |
| 11-14 | Check 00000310449699 | | -432.45 | 131,285.48 |
| 11-15 | #Deposit 00000350251418 | 19,896.21 | | 151,181.69 |
| 11-16 | #Deposit 00000350272978 | 12,481.28 | | 163,662.97 |
| 11-16 | Check  8724 00000310676693 | | -4,540.00 | 159,122.97 |
| 11-16 | Check  8723 00000310676694 | | -3,261.06 | 155,861.91 |

# PARK NATIONAL

November 30, 2007
0001865593  Page 4 of 8

SUPREME JUICE CO
1307 S PULASKI RD
CHICAGO IL 60623-1236

Direct inquiries to:
24 Hour Access  866 Parknatl
OR WWW.PARKNATL.COM

Park National Bank
11 West Madison
Oak Park, IL 60302

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 11-16 | #Preauthorized Debit<br>FIA ONLINE PYMT ONLINE PMT 071116<br>CKF035434996POS<br>67010906557099 | | -3,182.56 | 152,679.35 |
| 11-19 | #Deposit<br>00000350304469 | 11,281.31 | | 163,960.66 |
| 11-19 | Check  8726<br>00000310054343 | | -12,043.20 | 151,917.46 |
| 11-19 | Check<br>00000320633315 | | -547.64 | 151,369.82 |
| 11-20 | #Deposit<br>00000350336104 | 12,474.31 | | 163,844.13 |
| 11-20 | SC   Check  8727<br>00000310221664 | | -8,864.84 | 154,979.29 |
| 11-21 | #Deposit<br>00000330452478 | 14,767.27 | | 169,746.56 |
| 11-21 | #Preauthorized Debit<br>CERTIFIED GROC STR STATEM 071121<br>21000027150193 | | -6,627.20 | 163,119.36 |
| 11-23 | #Deposit<br>00000340448932 | 14,103.01 | | 177,222.37 |
| 11-23 | Check  8732<br>00000310450146 | | -2,288.00 | 174,934.37 |
| 11-23 | Check<br>00000320228965 | | -545.33 | 174,389.04 |
| 11-26 | Check<br>00000320336546 | | -639.30 | 173,749.74 |
| 11-26 | Check<br>00000320336772 | | -543.02 | 173,206.72 |
| 11-26 | Check<br>00000320336749 | | -448.84 | 172,757.88 |
| 11-26 | Check<br>00000320336773 | | -297.64 | 172,460.24 |
| 11-26 | Check<br>00000320336521 | | -158.14 | 172,302.10 |
| 11-27 | #Deposit<br>00000350385924 | 8,236.75 | | 180,538.85 |
| 11-27 | #Return Deposit Item<br>129001127145848 | | -364.25 | 180,174.60 |
| 11-27 | #Service Charge<br>RETURN DEPOSIT ITE<br>129001127145848 | | -7.00 | 180,167.60 |
| 11-27 | #Return Deposit Item<br>129001127145848 | | -262.50 | 179,905.10 |
| 11-27 | #Service Charge<br>RETURN DEPOSIT ITE<br>129001127145848 | | -7.00 | 179,898.10 |

# PARK NATIONAL

Direct inquiries to:
24 Hour Access  866 Parknatl
OR WWW.PARKNATL.COM

SUPREME JUICE CO
1307 S PULASKI RD
CHICAGO IL 60623-1236

Park National Bank
11 West Madison
Oak Park, IL 60302

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 11-27 | Check<br>00000350385937 | | -442.62 | 179,455.48 |
| 11-27 | Check<br>00000350385926 | | -339.27 | 179,116.21 |
| 11-27 | Check<br>00000350385929 | | -244.28 | 178,871.93 |
| 11-27 | Check<br>00000350385925 | | -180.63 | 178,691.30 |
| 11-27 | Check<br>00000350385939 | | -144.28 | 178,547.02 |
| 11-27 | Check<br>00000350385949 | | -24.28 | 178,522.74 |
| 11-27 | SC  Check  8733<br>00000310744229 | | -12,233.10 | 166,289.64 |
| 11-27 | SC  Check  8730<br>00000310744065 | | -7,223.90 | 159,065.74 |
| 11-27 | Check  8729<br>00000310725451 | | -2,966.00 | 156,099.74 |
| 11-28 | #Deposit<br>00000350408296 | 13,515.34 | | 169,615.08 |
| 11-28 | Check  8728<br>00000310048731 | | -15,595.40 | 154,019.68 |
| 11-28 | Check  8731<br>00000310041390 | | -13,636.34 | 140,383.34 |
| 11-28 | Check<br>00000320543703 | | -547.64 | 139,835.70 |
| 11-28 | Check<br>00000320544176 | | -329.56 | 139,506.14 |
| 11-29 | #Return Deposit Item<br>129001129151957 | | -422.00 | 139,084.14 |
| 11-29 | #Service Charge<br>RETURN DEPOSIT ITE<br>129001129151957 | | -7.00 | 139,077.14 |
| 11-29 | Debit Memo<br>00000310159996 | | -139,506.14 | -429.00 |
| 11-29 R | Check  8734<br>00000310145155 | | -14,979.00 | -15,408.00 |
| 11-29 | #Return Item<br>CHECK 8734<br>00000310145155 | 14,979.00 | | -429.00 |
| 11-30 | #Overdraft/NSF Fee<br>FOR OVERDRAFT DEBIT MEMO 000000310159996<br>226001130072553 | | -25.00 | -454.00 |
| 11-30 | #Return Deposit Item<br>127001130144212 | | -147.45 | -601.45 |
| 11-30 | #Service Charge<br>RETURN DEPOSIT ITE<br>127001130144212 | | -7.00 | -608.45 |

MEMBER FDIC

# PARK NATIONAL

Direct inquiries to:
24 Hour Access  866 Parknatl
OR WWW.PARKNATL.COM

SUPREME JUICE CO
1307 S PULASKI RD
CHICAGO IL 60623-1236

Park National Bank
11 West Madison
Oak Park, IL 60302

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 11-30 | Check 8735 | | -495.00 | -1,103.45 |
| | 00000320724212 | | | |
| 11-30 | **Ending totals** | **246,957.45** | **- 363,682.38** | **$-1,103.45** |

R-Check has been returned
SC-Substitute Check

| Number | Date | Amount | Control |
|--------|------|--------|---------|
| 0 | 11-13 | 547.64 | 00000340415690 |
| 0 | 11-13 | 545.33 | 00000340415685 |
| 0 | 11-13 | 545.33 | 00000340415686 |
| 0 | 11-13 | 545.33 | 00000340415687 |
| 0 | 11-13 | 541.97 | 00000340415684 |
| 0 | 11-13 | 490.06 | 00000340415682 |
| 0 | 11-13 | 445.33 | 00000340415688 |
| 0 | 11-13 | 395.33 | 00000340415683 |
| 0 | 11-13 | 389.04 | 00000340415680 |
| 0 | 11-13 | 345.33 | 00000340415681 |
| 0 | 11-13 | 247.64 | 00000340415695 |
| 0 | 11-13 | 207.64 | 00000340415691 |
| 0 | 11-13 | 13.14 | 00000340415689 |
| 0 | 11-13 | 639.30 | 00000310251170 |
| 0 | 11-13 | 347.64 | 00000310251220 |
| 0 | 11-13 | 185.14 | 00000310251456 |
| 0 | 11-13 | 152.41 | 00000310251466 |
| 0 | 11-13 | 89.03 | 00000310251698 |
| 0 | 11-14 | 545.33 | 00000310449657 |
| 0 | 11-14 | 432.45 | 00000310449699 |
| 0 | 11-19 | 547.64 | 00000320633315 |
| 0 | 11-23 | 545.33 | 00000320228965 |
| 0 | 11-26 | 639.30 | 00000320336546 |
| 0 | 11-26 | 543.02 | 00000320336772 |
| 0 | 11-26 | 448.84 | 00000320336749 |
| 0 | 11-26 | 297.64 | 00000320336773 |
| 0 | 11-26 | 158.14 | 00000320336521 |
| 0 | 11-27 | 442.62 | 00000350385937 |
| 0 | 11-27 | 339.27 | 00000350385926 |
| 0 | 11-27 | 244.28 | 00000350385929 |
| 0 | 11-27 | 180.63 | 00000350385925 |
| 0 | 11-27 | 144.28 | 00000350385939 |
| 0 | 11-27 | 24.28 | 00000350385949 |
| 0 | 11-28 | 547.64 | 00000320543703 |
| 0 | 11-28 | 329.56 | 00000320544176 |
| 8714 | 11-02 | 36,942.96 | 00000310235707 |
| 8715 | 11-05 | 590.51 | 00000310409302 |
| 8716 | 11-01 | 3,666.19 | 00000310144119 |
| 8717sc | 11-05 | 730.97 | 00000310412636 |
| 8718 | 11-05 | 443.67 | 00000310411355 |

# PARK NATIONAL

Direct inquiries to:
24 Hour Access  866 Parknatl
OR WWW.PARKNATL.COM

SUPREME JUICE CO
1307 S PULASKI RD
CHICAGO IL 60623-1236

Park National Bank
11 West Madison
Oak Park, IL 60302

| 8719 | 11-08 | 11,756.93 | 00000310046891 |
|------|-------|-----------|----------------|
| 8720 | 11-09 | 28,090.62 | 00000310152742 |
| 8721sc | 11-14 | 6,600.00 | 00000310466518 |
| 8723* | 11-16 | 3,261.06 | 00000310676694 |
| 8724 | 11-16 | 4,540.00 | 00000310676693 |
| 8725 | 11-14 | 5,280.00 | 00000310465380 |
| 8726 | 11-19 | 12,043.20 | 00000310054343 |
| 8727sc | 11-20 | 8,864.84 | 00000310221664 |
| 8728 | 11-28 | 15,595.40 | 00000310048731 |
| 8729 | 11-27 | 2,966.00 | 00000310725451 |
| 8730sc | 11-27 | 7,223.90 | 00000310744065 |
| 8731 | 11-28 | 13,636.34 | 00000310041390 |
| 8732 | 11-23 | 2,288.00 | 00000310450146 |
| 8733sc | 11-27 | 12,233.10 | 00000310744229 |
| 8734R | 11-29 | 14,979.00 | 00000310145155 |
| 8735 | 11-30 | 495.00 | 00000320724212 |

*Skip in check sequence*
*R-Check has been returned*
*SC-Substitute Check*

# PARK NATIONAL

## ---- BALANCING SECTION ----

**Complete your statement balancing with the following steps:**
1. List and total the amount of all deposits entered in your checkbook that are not shown on this statement in the space provided for "DEPOSITS".
2. Compare and check off each paid check against your checkbook record. List and total all checks you have not checked off in the space provided for "CHECKS OUTSTANDING."
3. Perform the indicated steps in the balancing section.

**If your checkbook and bank statement do not balance:**
* Review last month's statement to make sure any differences were corrected.
* Check for any automatic transfers, payments, etc. on this Statement.
* Check additions and subtractions in your checkbook.
* Compare the amount of each check and deposit with the amount recorded in your checkbook and on this statement.
* Make sure all outstanding checks have been recorded under "CHECKS OUTSTANDING".
* Make sure that each paid check you receive with your statement has been recorded in your checkbook.

**Bring your checkbook up-to-date with the following steps:**
1. SUBTRACT from your checkbook balance any monthly service charge and any other charges not previously deducted.
2. ADD to your checkbook balance EACH Deposit or Automatic Deposit that is not recorded.

| CHECK NUMBER | CHECKS OUTSTANDING | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Checks | | |
| Balance Per Checkbook | | |
| TOTAL | | |

| | | |
|---|---|---|
| DEPOSITS Not Yet Credited By Bank | | |
| | | |
| CHARGES By Bank Not Yet Deducted From Checkbook | | |
| | | |
| Balance Per Statement | | |
| TOTAL | | |

TOTALS SHOULD AGREE

## ABOUT YOUR STATEMENT
All transactions posted to your account are subject to verification.

## FOR CONSUMER ACCOUNTS ONLY

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us at 866-727-5628 or write us at Park National Bank, 1000 E. 111th St. Chicago, IL 60628 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   (1) Tell us your name and account number (if any).
   (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation. To qualify for this credit we may require a written notice of the problem or complaint within 10 business days if the notification was made by telephone.

**CLAIMANT SUPREME JUICE CO.'S REQUEST TO IMMEDIATE RELEASE OF CLAIMED PROPERTY PURSUANT TO 18 U.S.C. 983(f)(1) *ET SEQ.***

Claimant Supreme Juice Co. (Claimant), pursuant to 18 U.S.C. 983(f)(1) *et seq.*, requests the immediate return of that property, identified in its claim form (hereto attached), and, in support of this request, says as follows:

(1) The claimant has a possessory interest in the property;

**Explanation:   The subject property, which consists of funds in the Claimant's bank account (*see* claim form attached) was owned by the Claimant.**

(2) The Claimant has sufficient ties to the community to provide assurance that the property will be available at the time of the trial;

**Explanation: Claimant's owner owns a home with street address 8759 South California, Evergreen Park, IL 60805; has owned that home; and has resided therein continuously since 1977. The spouse of Claimant's owner (they have been married since 1989) also resides at the foregoing address. Claimant has done business in the community since January 1, 1990 ( when Claimant's operation under its present owner commenced). The children of Claimant's owner are 15 years old and 13 years old and reside with the claimant's owner.**

(3) The continued possession by the Government pending the final disposition of forfeiture proceedings will cause substantial hardship to the claimant, such as preventing the functioning of a business, preventing an individual from working, or leaving an individual homeless;

**Explanation: The seized property constitutes the entire operating capital of the Claimant. Claimant is accordingly unable to operate its business in any meaningful sense. Claimant, since the seizure has laid off two employees.**

(4) The Claimant's likely hardship from the continued possession by the Government of the seized property outweighs the risk that the property will be destroyed, damaged, lost, concealed, or transferred if it is returned to the Claimant during the pendency of the proceeding;

**Explanation: If Claimant goes out of business, that risk will outweigh any potential disappearance or impairment of the funds in question.**

(5) None of following the conditions apply:

**(a)** The property is contraband, currency, or other monetary instrument, or electronic funds unless such currency or other monetary instrument or electronic funds constitutes the assets of a legitimate business which has been seized;

**Explanation:** **The subject currency constitutes assets of a legitimate business.**

**(b)** The property is to be used as evidence of a violation of the law;

**Explanation:** **The subject funds are unrelated to the alleged criminal violation in question—a currency reporting violation. The only relevant evidence of the subject reporting violation is the bank records which reflect dates and amounts of deposits.**

**(c)** The property, by reason of design or other characteristic, is particularly suited for use in illegal activities;

**Explanation:** **The alleged criminal violation in question involves currency-reporting requirements. The dollars in question, in and of themselves, have no connection to future reporting requirements or any other illegal activity.**

**(d)** The property is likely to be used to commit additional criminal acts if returned to the claimant.

**Explanation:** **The alleged criminal violation in question involves currency-reporting requirements. The dollars in question, in and of themselves, have no connection to the commission of additional crimes.**

_____          _____
Shabir Kassam as an officer and                            Date
Director of Supreme Juice Co.

i\8\2008

2

# SEIZED ASSET CLAIM FORM

Name: Supreme Juice Co.
Address: 1307 South Pulaski, Chicago IL 60623
Telephone Number: 773-277-5800
Date of Seizure:  On or about 11/28/07
Seizure Location: Park National Bank,  11 W. Madison St., Oak Park, Illinois 60302.

## PART I

List all the items in which you claim an interest.  Include sufficient information to identify the items, such as serial numbers, make and model numbers, tail numbers, photographs, and so forth.  Attach additional sheets of paper if more space is needed.

**Funds in claimant's bank account, number 1865593, held at Park National Bank (address above).  Totaling $139,506.14.**

## PART II

State your interest in each item of property listed above.  Provide any documents that support your claim of interest, such as titles, registrations, bills of sale, receipts, and so forth.  Attach additional sheets of paper if more space is needed.

**Claimant is the owner of the above bank account and the funds therein (recent bank statement hereto attached).**

## PART III (ATTESTATION AND OATH)

I attest and declare *under penalty of perjury* that my claim to this property is not frivolous and that the information provided in support of my claim is true and correct to the best of my knowledge and belief.

_____                    _____
Shabir Kassam as an officer and                         Date
Director of Supreme Juice Co.

1|8|2008

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____ ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

JAN 1 0 2008

1. Article Addressed to:

Internal Revenue Service
Special Agent in Charge
attn: Brenda Viteri, Asset
Forfeiture Coordinator
230 South Dearborn St.
Suite 1400
Chicago, IL 60604

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7003 0500 0002 2502 4950

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540

Re:

(Supreme Juice)

