**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Supreme Juice Co.

       Plaintiff,

v.              Case No.: 1:08−cv−00997
              Honorable Joan B. Gottschall

United States of America

       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 22, 2008:

  MINUTE entry before Judge Joan B. Gottschall :Status hearing set for 3/12/2008 at 09:30 AM. Parties are directed to discuss settlement of the case, proposed discovery plan and consent to proceed before the Magistrate Judge. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.