UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Supreme Juice Co.
                    Plaintiff,
v.                                    Case No.: 1:08−cv−00997
                                      Honorable Joan B. Gottschall
United States of America
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 23, 2008:

        MINUTE entry before Judge Honorable Joan B. Gottschall:Status hearing held on
4/23/2008. Plaintiff's counsel appeared. Rule 26(a)(1) disclosures shall be exchanged by
5/14/2008. ( Status hearing set for 6/11/2008 at 09:30 AM.) Mailed notice(rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.