## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 997 | **DATE** | 6/11/2008 |
| **CASE TITLE** | Supreme Juice Co vs. United States of America | | |

**DOCKET ENTRY TEXT**

Status hearing held on 6/11/2008. Pursuant to the agreement of the parties, , this action is dismissed  All matters will proceed under case # 08 C 2001  Civil case terminated.
/s/Joan B. Gottschall,
Joan B. Gottschall, U.S. District Judge

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|